IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEMETREZ REESE,<br><br>      Defendant. | CRIMINAL ACTION FILE<br>NO. 4:20-cr-00028-WMR-WEJ-1 |

## ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R & R") [Doc. 38], which recommends that Defendant's Preliminary Motion to Suppress Statements [Doc. 17] and Motion to Suppress Evidence and Statements [Doc. 18] be DENIED. No objection to the R & R has been filed.

**I.    LEGAL STANDARD**

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id*. As no objection to the R & R has been filed in this case, the clear error standard applies.

## II.   CONCLUSION

After considering the Non-Final Report and Recommendation [Doc. 38], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, IT IS HEREBY ORDERED that Defendant's Preliminary Motion to Suppress Statements [Doc. 17] and Motion to Suppress Evidence and Statements [Doc. 18] are **DENIED**.

A jury trial in this action is hereby scheduled for **Monday, February 7, 2022 at 9:30 A.M. in ROME Courtroom 300**. The pretrial conference will be held on **Thursday, January 27, 2022 at 3:00 PM in Atlanta Courtroom 1705**. Parties are ordered to file motions in limine by January 10, 2022 and responses to motions in limine and proposed voir dire shall be filed by January 21, 2022.  Only one consolidated motion in limine shall be filed by each party and the motion shall not exceed 25 pages. The response brief to the motion in limine shall not exceed 25 pages.

Excludable time is allowed from today's date through the start of trial pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are

consistent with both the best interest of the public and individual justice in this matter.

    IT IS SO ORDERED, this 2nd day of December, 2021.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia